IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CODING TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 2:18-cv-00251-JRG-RSP |
| vs. | § § | PATENT CASE |
| COLD STONE CREAMERY, INC., | § § | |
| Defendant. | § § § | |

**UNOPPPOSED MOTION FOR DISMISSAL**

Under Federal Rule of Civil Procedure 41(a)(2), Coding Technologies, LLC ("CT") moves to dismiss all claims asserted by Plaintiff CT against Defendant Cold Stone Creamery, Inc. WITH PREJUDICE, and all counterclaims asserted by Defendant Cold Stone Creamery, Inc. against Plaintiff CT WITHOUT PREJUDICE with each party to bear its own attorneys' fees and costs.

Dated: August 29, 2018                    Respectfully submitted,

/s/*Jay Johnson*
Jay Johnson
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEY FOR CODING TECHNOLOGIES, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 29, 2018.

/s/ *Jay Johnson*
JAY JOHNSON